In the Matter of the Claim of MARGARET T. CARR, Respondent, against LEWISTON UNION SCHOOL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN MERCONTE, Respondent, against ASSOCIATED OPERATING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the evidence does not sustain the finding that the reduced earnings are caused by claimant's physical condition; on the other hand, it indicates that they are caused by economic depression and lack of work. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of HATTIE KLECAN, Respondent, against E. L. PHILLIPS & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and matter remitted, with costs against the State Industrial Board, with instructions, in accordance with stipulation made in open court, to make an award that the weekly award shall be terminated as of August 2, 1932, the date of claimant's remarriage; claimant to receive the two years' lump sum award, payable by statute in case of remarriage. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.